# United States District Court

FILED
08 FEB 13 PM 4:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATE OF AMERICA

vs

1.20 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ANN MARIE HARMONY; AND ALL OTHER INTERESTED PARTIES

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0278 WQH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney; Chief, Civil Division
Office of the U.S. Attorney
Federal Building
880 Front Street, Room 6293, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

2/13/08 — DATE

By C. PUTTMANN Deputy Clerk